# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner,

v.

THOMAS JOOST,

    Respondent.

Case No. 17-MC-44-JPS

**ORDER**

On October 25, 2017, the government filed a notice of voluntary dismissal of this action. (Docket #4). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the government's notice of voluntary dismissal (Docket #4) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED.**

Dated at Milwaukee, Wisconsin, this 26th day of October, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge